## 32025. DAN AUSTIN PROPERTIES, INC. v. GLEN PINES, INC.

NICHOLS, Chief Justice.

The order appealed from states: "Therefore, it is ordered that this case be held in abatement until a final order as to breach of the lease is entered in Fulton County, Case number C-16875, at which time this case shall be placed back on the calendar for final order."

While there is a certificate of appealability, appellant has not filed an application for leave to appeal, as provided by Code Ann. § 6-701 (a) 2. *Moody v. Moody,* 238 Ga. 309 (1977).

Pretermitting the question of which appellate court would have jurisdiction, this appeal must be dismissed.

*Appeal dismissed. All the Justices concur.*

SUBMITTED FEBRUARY 18, 1977 — DECIDED FEBRUARY 23, 1977.

*Joseph E. Wilkerson,* for appellant.
*Slutzky, Wolfe & Bailey, Danny C. Bailey,* for appellee.